## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vancouier S. Barrett<br>                     Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>                     Movant<br>  vs. | NO. 17-14134 JKF |
| Vancouier S. Barrett<br>                     Debtor<br>Ruth Barrett<br>                     Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>                     Trustee | |

## ORDER

AND NOW, this 21st day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay, as provided under Section 1301 of the Bankruptcy Code, are terminated with respect to the subject premises located at 601 Sylvania Road, Exton, PA 19341 ("Property), as to Movant, or its successor or assignee.

_[signature]_

United States Bankruptcy Judge.

Vancouier S. Barrett
601 Sylvania Road
Exton, PA 19341

Ruth Barrett
601 Sylvania Road
Exton, PA 19341

Diana M. Dixon Esq.
107 N. Broad Street (VIA ECF)
Suite 307
Doylestown, PA 18901

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532