United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vancouier S. Barrett  
    Debtor

Case No. 17-14134-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Nov 27, 2017  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
```
db            +Vancouier S. Barrett,    601 Sylvania Road,    Exton, PA 19341-2401
13934393       Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
```
          DIANA M. DIXON    on behalf of Debtor Vancouier S. Barrett dianamdixonesq@gmail.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
           Series 2006-NC2 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vancouier S. Barrett<br>    Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2<br>    Movant<br>vs. | NO. 17-14134 JKF |
| Vancouier S. Barrett<br>    Debtor<br>Ruth Barrett<br>    Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>    Trustee | |

## ORDER

AND NOW, this 21st day of November, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay, as provided under Section 1301 of the Bankruptcy Code, are terminated with respect to the subject premises located at 601 Sylvania Road, Exton, PA 19341 ("Property), as to Movant, or its successor or assignee.

_____
United States Bankruptcy Judge.

Vancouier S. Barrett
601 Sylvania Road
Exton, PA 19341

Ruth Barrett
601 Sylvania Road
Exton, PA 19341

Diana M. Dixon Esq.
107 N. Broad Street (VIA ECF)
Suite 307
Doylestown, PA 18901

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532