UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                     :

VANCOUIER S. BARRETT
                                                           : Bankruptcy No. 17-14134JKF
    Debtor(s)                                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: December 7, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DIANA M DIXON ESQ
107 N BROAD ST
SUITE 307
DOYLESTOWN PA 18901-

VANCOUIER S. BARRETT
601 SYLVANIA ROAD
EXTON,PA.19341